**CARMEN A. TRUTANICH, City Attorney   (SBN # 86629x)**
**GARY G. GEUSS**, Chief Assistant City Attorney **(SBN 128022)**
**CORY M. BRENTE, Assistant City Attorney**
**RENA M. SHAHANDEH, Deputy City Attorney (SBN - 198072)**
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA  90012
Tel:  (213) 978-7047  Fax:   (213) 978-8785         **FILED: 9/28/12**
e-mail: rena.shahandeh@lacity.org

JS - 6

Attorneys for Defendant **CITY OF LOS ANGELES, a municipal corporation**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHON ODOM, | CASE NO. CV 11-04313 GHK(FFMx) |
| *Plaintiff,* | [~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AGAINST DEFENDANT CITY OF LOS ANGELES |
| vs. | |
| CITY OF LOS ANGELES; and DOES 1-10, inclusive, | |
| *Defendants.* | |

**ORDER OF DISMISSAL OF THE ACTION WITH PREJUDICE**

**AGAINST DEFENDANT CITY OF LOS ANGELES**

Based upon the foregoing request of Plaintiff, In Pro Per this Action *Deshon Odom  v. City of Los Angeles, et al, CV11-04313 GHK(FFMx)*,  is hereby **DISMISSED,  WITH PREJUDICE,** as to **ALL CAUSES OF ACTIONS AGAINST DEFENDANT, CITY OF LOS ANGELES.**

Dated:   9/28/12                    _____
                         **HONORABLE GEORGE H. KING**
                         **UNITED STATES DISTRICT JUDGE**