1  **CARMEN A. TRUTANICH, City Attorney   (SBN # 86629x)**
   **GARY G. GEUSS**, Chief Assistant City Attorney (**SBN 128022**)
2  **CORY M. BRENTE, Assistant City Attorney**
   **RENA M. SHAHANDEH,  Deputy City Attorney (SBN - 198072**)
3  200 North Main Street, 6th Floor, City Hall East
   Los Angeles, CA  90012
4  Tel:  (213) 978-7047  Fax:   (213) 978-8785                    **FILED: 9/28/12**
   e-mail: rena.shahandeh@lacity.org
5                                                                            JS - 6
6  Attorneys for Defendant **CITY OF LOS ANGELES, a municipal corporation**

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10  DESHON ODOM,                          )   **CASE NO. CV 11-04313 GHK(FFMx)**
                                          )
11                                        )
                  *Plaintiff,*            )   **[PROPOSED] ORDER OF**
12                                        )   **DISMISSAL OF ENTIRE**
         vs.                              )   **ACTION WITH PREJUDICE**
13                                        )   **AGAINST DEFENDANT**
                                          )   **CITY OF LOS ANGELES**
14  CITY OF LOS ANGELES; and DOES         )
    1-10, inclusive,                      )
15                                        )
                  *Defendants.*           )
16  _____      )

17

18            **ORDER OF DISMISSAL OF THE ACTION WITH PREJUDICE**

19              **AGAINST DEFENDANT CITY OF LOS ANGELES**

20

21          Based upon the foregoing request of Plaintiff, In Pro Per this Action ***Deshon***

22  ***Odom  v. City of Los Angeles, et al, CV11-04313 GHK(FFMx),***  is hereby

23  **DISMISSED,  WITH PREJUDICE**, as to **ALL CAUSES OF ACTIONS AGAINST**

24  **DEFENDANT, CITY OF LOS ANGELES.**

25

26  Dated: ___9/28/12____        _____

27                               **HONORABLE GEORGE H. KING**
                                 **UNITED STATES DISTRICT JUDGE**
28